IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UKACHUKWU WISDOM AMANZE, §
§
Petitioner, §
§
V. § No. 3:18-CV-1894-D
§
JEFFERSON B. SESSIONS, III, §
§
Respondent. §

**ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, petitioner must pay the $5.00 filing fee within 21 days of this order. Any failure to do so subjects this action to summary dismissal under Fed. R. Civ. P. 41(b).

**SO ORDERED**.

August 21, 2018.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE